IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, )<br>)<br>　　Plaintiff, )<br>)<br>vs. )<br>)<br>TRIPLE TROUBLE (Official Number )<br>580113), her engines, tackle, apparel, )<br>furniture, etc., in rem, and )<br>JOHN W. ANDREWS, in personam,)<br>)<br>　　Defendants. ) | CIVIL ACTION NO. 12-0043-CG-N |

## ORDER

This matter is before the court on the plaintiff's motion to disburse funds (Doc. 28).

Upon due consideration of the plaintiff's motion and there having been no further claims filed against the proceeds of sale, it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, the clerk is authorized and directed to disburse the proceeds on deposit in the Registry of this court in the amount of $56,000.00 to SE Property Holdings, LLC, c/o of its attorney Robert B. McGinley, Jr., Esquire, McDowell Knight Roedder & Sledge, L.L.C., Post Office Box 350, Mobile, Alabama 36601.

The United States Marshal having issued a Bill of Sale on April 30, 2012, (Doc. 26) conveying all right, title and interest in and to the TRIPLE TROUBLE to B & D Maritime, Inc., free and clear of all liens, mortgages, or other encumbrances,

the TRIPLE TROUBLE is hereby released from seizure, and possession of said vessel is transferred to B&D Maritime, Inc.

**DONE and ORDERED** this 11th day of June, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE