IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 12-0043-CG-N |
| ) | |
| TRIPLE TROUBLE (Official Number ) | |
| 580113), her engines, tackle, apparel, ) | |
| furniture, etc., in rem, and ) | |
| JOHN W. ANDREWS, in personam, ) | |
| ) | |
| Defendants. ) | |

**DEFAULT JUDGMENT**

This matter is before the court on the motions for entry of default judgment against John W. Andrews (Doc. 31).

Upon due consideration the motion is hereby **GRANTED**.

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that default judgment is **GRANTED** in favor of SE Property Holdings, LLC against John W. Andrews in the amount of FORTY THOUSAND SIXTY-FOUR HUNDRED and 28/100 DOLLARS ($40,064.28). SE Property Holdings LLC is also awarded applicable post judgment interest at the rate of 0.40% pursuant to 28 U.S.C. § 1961.

Costs are to be taxed against John W. Andrews.

The vessel having been sold on April 18, 2012, a Bill of Sale having been issued on April 30, 2012 to B&D Maritime, Inc. (Doc. 26), the proceeds of the sale having been disbursed to the plaintiff on June 11, 2012 (Doc. 29), and there being

no further issues pending before this court, the clerk of court is directed to close this action.[1]

    **DONE and ORDERED** this  9th day of August, 2012.

---

[1] Plaintiff is to adhere to the guidelines in Local Rules 54.1 with regard to taxation of costs, and Local Rule 54.3 with regard to award of attorneys' fees.